```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL HOGAN,

                Plaintiff,

- against -

LONG ISLAND RAILROAD COMPANY,

                Defendant.

**23 Civ. 289 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above-captioned matter was filed on January 12, 2023. (Dkt. No. 1.) Defendant Long Island Railroad Company filed an Answer to the Complaint on March 16, 2023. (Dkt. No. 7.)

    The parties are hereby directed to submit a joint letter, within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Civil Case Management Plan and Scheduling Order that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Civil Case Management Plan is available on

the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   17 March 2023
         New York, New York

                                                    _____
                                                    Victor Marrero
                                                    U.S.D.J.