```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
JOEL HOGAN,                             :
                                                          : **ORDER OF DISMISSAL**
                         Plaintiff,        :
                                                           : 23-CV-289 (JLC)
    -v-                                   :
                                                          :
LONG ISLAND RAILROAD COMPANY,    :
                                                          :
                         Defendant.       :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the parties participated in a settlement conference with the Court today and reached a settlement;

    It is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.  To be clear, any application to reopen <u>must</u> be filed <u>within 30 days</u> of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they <u>must</u> submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.  Nothing in the issuance of this Order prevents the parties from filing a stipulation of dismissal within the 30-day period.

Any pending motions are moot. All deadlines are adjourned sine die. The Clerk is directed to close this case.

**SO ORDERED.**

Dated: January 11, 2024
       New York, New York

                                                                               JAMES L. COTT
                                                                               United States Magistrate Judge